*Tuesday, August 17, 1999*

## MOTION DOCKET

**98–1607.  Hillyer v. State Farm Ins. Co.**
Lake App. No. 97–L–031. This cause is pending before the court as an appeal from the Court of Appeals for Lake County. Upon consideration of the motion of *amicus curiae*, Ohio Academy of Trial Lawyers, to participate in oral argument scheduled for September 15, 1999,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellants.

**99–1239.  State v. Smith.**
Franklin App. No. 98AP–871. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of execution of sentence and to continue bond,

IT IS ORDERED by the court that the motion for stay of execution of sentence and to continue bond be, and hereby is, denied.

*Wednesday, August 18, 1999*

## MOTION DOCKET

**97–1111.  State v. Stojetz.**
Madison C.P. No. 96CR10086. This cause came on for further consideration upon appellant's application for reopening under S.Ct.Prac.R. XI(5). Upon consideration thereof,

IT IS ORDERED by the court that the application for reopening under S.Ct.Prac.R. XI(5) be, and hereby is, denied.

**99–1240.  Ameritech Ohio v. Pub. Util. Comm.**
Public Utilities Commission, No. 97–155–TP–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

IT IS ORDERED by the court, *sua sponte*, that the parties are to file notice in this court upon resolution of case No. C2–99–552 pending in the United States District Court for the Southern District of Ohio, Eastern Division.